LAWRENCE G. BROWN
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-CV-01476-OWW-SMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DEFAULT JUDGMENT AND FINAL |
| v. | ) | JUDGMENT OF FORFEITURE |
| | ) | |
| APPROXIMATELY $8,024.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| APPROXIMATELY $2,500.00 IN U.S. CURRENCY, and | ) | |
| | ) | |
| APPROXIMATELY $3,171.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed March 3, 2009. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Re: Findings and Recommendations Re: Plaintiff's Motion For Default was filed on August 3, 2009. Based on the Magistrate Judge's Findings and Recommendations Re: Plaintiff's Motion for Default, the Order Re: Findings and Recommendations, and the files and records of the Court, it is

///

ORDERED, ADJUDGED; AND DECREED:

1. The Court adopts the Magistrate Judge's June 29, 2009, Findings and Recommendations in full.

2. Ida Vargas and Jose Luis Gonzalez are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendants approximately $8,024.00, $2,500.00, and $3,171.00 in U.S. Currency (hereafter collectively "defendant currency"), of Ida Vargas, Jose Luis Gonzalez, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Ida Vargas and Jose Luis Gonzalez.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   August 13, 2009**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE